**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SAMUEL ALAN SALISBURY

v.

VICTOR HILL, ET AL

Civil Action No.
1:22-cv-01709-SDG

## ORDER

The undersigned hereby **RECUSES** himself from consideration of this action. The Clerk is therefore **DIRECTED** to reassign this action to another United States District Court Judge.

**SO ORDERED** this 3rd day of May, 2022.

_____
Steven D. Grimberg
United States District Court Judge