IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAMUEL ALAN SALISBURY,

         Plaintiff,

v.

SHERIFF VICTOR HILL, ET AL.

         Defendants.

CIVIL ACTION FILE
NO. 1:22-CV-01709-CAP

**O R D E R**

Defendants Sheriff Victor Hill, Chief Deputy Ronald Boehrer, and Jailer R.S. Winn have moved this Court to stay all discovery in this case pending the resolution of their motion to dismiss plaintiff's complaint. It appearing that this Order is sought in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay All Discovery is GRANTED. All discovery in this case, including disclosures and planning conferences pursuant to Fed. R. Civ. P. 26 and L.R. 26.1, shall be stayed pending the final resolution of defendants' motion to dismiss plaintiff's complaint.

SO ORDERED this ___ day of _____, 2022.

_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE