| | |
|---|---|
| SAMUEL ALAN SALISBURY, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:22-CV-01709-CAP |
| SHERIFF VICTOR HILL, CHIEF DEPUTY RONALD BOEHRER, and JAILER R.S. WINN, | |
| Defendants. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants, by and through their respective undersigned counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and fees.

This 30th day of August, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Chandler J. Emmons*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Chandler J. Emmons
Georgia Bar No. 310809
cjemmons@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

*Attorneys for Defendants Boehrer and Winn*

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
kwoodward@cmlawfirm.com
Jaci Gilliland
Georgia Bar No. 852399
jgilliand@cmlawfirm.com

*Attorneys for Defendant Hill*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2623 (telephone)

**SANCHEZ HAYES & ASSOCIATES, LLC**

*/s/ Christopher M. Upshaw*
Christopher M. Upshaw
Georgia Bar Number: 557562
doc@sanchezhayeslaw.com

*Attorney for Plaintiff*

1015 Tyrone Road, Suite 620
Tyrone, Georgia 30290
(770) 692-5020 (telephone)
(770) 692-5030 (facsimile)

# FONT CERTIFICATION

Pursuant to Local Rule for the Northern District of Georgia 7.1(D), the undersigned hereby certifies that this Consent Motion was prepared using Times New Roman font, 14-point, as approved by this court.

This 30th day of August, 2024.

> */s/  Christopher M. Upshaw*
> Georgia Bar No. 557562
> doc@sanchezhayeslaw.com
> 1015 Tyrone Rd. #620
> Tyrone, GA 30290
> (770) 692-5020 telephone
> (770) 692-5030 facsimile
> *Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed the foregoing **Stipulation of Dismissal With Prejudice**

by electronically filing it with the Clerk of Court using the CM/ECF system, which

will serve same upon all parties to this matter

This 30th day of August, 2024.

<u>*/s/  Christopher M. Upshaw*</u>
Georgia Bar No. 557562
doc@sanchezhayeslaw.com
1015 Tyrone Rd. #620
Tyrone, GA 30290
(770) 692-5020 telephone
(770) 692-5030 facsimile
*Counsel for Plaintiff*