**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SAMUEL ALAN SALISBURY,

                Plaintiff,

vs.

SHERIFF VICTOR HILL, ET AL,

                Defendant.

CIVIL ACTION FILE

NO. 1:22-cv-1709-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of the Magistrate Judge's Non-Final Report and Recommendation, and having adopted the Report and Recommendation, it is

**Ordered and Adjudged** that the defendants Terrance Gibson, Sgt. L. Lyons, Jr., and Lt. J. Jackson be dismissed without prejudice.

Dated at Atlanta, Georgia, this 3rd day of September, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. Barfield
       D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 3, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ D. Barfield
     Deputy Clerk